# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160295(7)

BETH AYERS,
          Plaintiff,

v                                   SC: 160295

ATTORNEY GRIEVANCE COMMISSION,
          Defendant.
_____/

       On order of the Chief Justice, the motion of defendant to extend the time for filing its answer is GRANTED. The answer submitted on November 6, 2019, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2019



Clerk